**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BROOKS BREWER,

    Plaintiff,

v.                                      Case No: 8:14-cv-2492-T-30MAP

AFFORDABLE TRANSPORT, INC.
and RICHARD JENSEN, JR.,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the Joint Motion to Approve Settlement and Dismiss Case With Prejudice (Dkt. #17). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Joint Motion to Approve Settlement and Dismiss Case With Prejudice (Dkt. #17) is GRANTED.

2. The settlement is approved.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of February, 2015.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\Even\14-cv-2492 approve 17.docx